# United States Bankruptcy Court
## Northern District of Alabama

In re: **Sherri Lynn Allison**, Debtor(s)

Case No. **18-83509**
Chapter **7**

## Notice of Change of Address

Debtor's Social Security Number: xxx-xx-3158

**My Former Mailing Address and Telephone Number was:**

Name: Sherri Lynn Allison
Street: 304 Scenic Drive
City, State and Zip: Hollywood, AL 35752
Telephone #: 256-283-9609

Please be advised that effective **January, 2020**, my new mailing address and telephone number is:

Name: Sherri Lynn Allison
Street: 4401 Spartacus Road Apt. 122
City, State and Zip: Huntsville, AL 35805
Telephone #: 256-683-9609

/s/ Sherri Lynn Allison
Sherri Lynn Allison
Debtor