Notice of Undeliverable Mail to Debtor/Debtor's Attorney

January 23, 2020

From: United States Bankruptcy Court, Northern District of Alabama

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Sherri Lynn Allison, Case Number 18-83509, CRJ

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

> **U. S. Bankruptcy Court**
> **400 Well Street**
> **P. O. Box 2775**
> **Decatur, AL 35602**

---

Undeliverable Address:
EOS CCA
PO Box 556
Norwell, MA 02061-0556

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: PO BOX 981025, BOSTON MA 02298-1025 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

EOS CCA
P.O. Box 981025, Boston MA 02298-1025

_____    01/22/2020
Signature of Debtor or Debtor's Attorney    Date